_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
February 03, 2023

Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com

Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*
Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*
Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice*
Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*
Alexander E. Brody, Esq. # 1025332 – Admitted *Pro Hac Vice*
**MELAND BUDWICK, P.A.**
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
T: (305) 358-6363
F: (305) 358-1221
mbudwick@melandbudwick.com
sgenet@melandbudwick.com
mmurphy@melandbudwick.com
gbenezra@melandbudwick.com
abrody@melandbudwick.com

Attorneys for Christina W. Lovato, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re

DOUBLE JUMP, INC.

      Debtor.

Lead Case No.: BK-19-50102-gs
(Chapter 7)

Substantively Consolidated with:

| 19-50130-gs | DC Solar Solutions, Inc. |
|---|---|
| 19-50131-gs | DC Solar Distribution, Inc. |
| 19-50135-gs | DC Solar Freedom, Inc. |

1

CHRISTINA W. LOVATO,

          Plaintiff,

v.

SANDRA SARKISSIAN, SUCCESSOR TRUSTEE OF THE SAM SARKISSIAN AND SANDRA SARKISSIAN LIVING TRUST DATED SEPTEMBER 4, 1997,

          Defendant.

Adversary No.: 21-05026-gs

**AGREED ORDER ESTABLISHING AMENDED DISCOVERY PLAN AND SCHEDULING ORDER**

**Hearing Date: N/A**
**Hearing Time:**

       The Court having reviewed the pleadings on file, having been apprised of the agreement between Plaintiff, Christina W. Lovato, chapter 7 trustee ("***Plaintiff***") and Defendant, Sandra Sarkissian, Successor Trustee of the Sam Sarkissian and Sandra Sarkissian Living Trust Dated September 4, 1997 ("***Defendant***") and for good cause appearing,

       IT IS ORDERED that the Court adopts the Scheduling Order, as follows:

       1.     Pre-Discovery Disclosures. The parties have already exchanged the information required by Fed. R. Civ. P. 26(a)(1).

       2.     Discovery Plan. The parties jointly propose to the court the following discovery plan:

           a.  Discovery will be needed on the following subjects: (i) the Transfers; (ii) Defendant's defenses, if any, to the Trustee's allegations in the Amended Complaint; (iii) insolvency and intent of the transferor at the time of the Transfers.

           b.  Fact discovery commenced in time to be completed by March 31, 2023.

           c.  Supplementations under Rule 26(e) due April 20, 2023.

           d.  Maximum of twenty-five (25) interrogatories by each party to any other party. Responses are due thirty (30) days after service.

           e.  Requests for admission by each party to any other party in accordance with Federal Rule of Civil Procedure 36. Responses are due thirty (30) days after service.

f.   Maximum of seven depositions by Plaintiff and seven depositions by Defendant. Each deposition limited to maximum of seven hours of deposition time unless extended by agreement of parties.

g.   Disclosure of expert testimony under Rule 26(a) due from Plaintiff and from Defendant by April 27, 2023.

h.   Expert discovery commenced in time to be completed by June 1, 2023.

3.   Other Items.

a.   The parties shall mediate by May 3, 2023. The parties have agreed that the requirement to mediate has already been satisfied.

b.   All potentially dispositive motions must be filed by June 19, 2023.

c.   The parties request a pretrial conference in July 2023.

d.   Final lists of witnesses and exhibits under Rule 26(a)(3) will be due from Plaintiff and from Defendant seven days prior to the pretrial conference.

e.   Parties shall have ten (10) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

f.   The case should be ready for trial by August 1, 2023 and at this time, the trial is expected to take approximately three days.

g.   The parties do not request a conference with the Court before entry of this Order.

h.   This Order supersedes any prior scheduling order entered in this Adversary Proceeding.

i.   The Parties shall meet and confer if any other orders, statements, or directives issued by the Court alter, affect, or relate to this Order.

j.   The parties reserve the right to seek an order from this Court extending the time for discovery and related deadlines.

DATED: January 31, 2023

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq., Attorney for Plaintiff

3

**MELAND BUDWICK, P.A.**

*/s/ Meaghan E. Murphy*
Meaghan E. Murphy, Esq., Attorney for Plaintiff


**KAEMPFER CROWELL**

*/s/ August Hotchkin*
August Hotchkin, Esq., Attorney for Defendant